UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                            CASE NO. 8:05-CR-247-T-23MAP

SCOTT SCHWEICKERT
_____/

### ORDER

On January 19, 2006, I appointed Donald R. Taylor, M.D., a psychiatrist, to examine the Defendant for competency to stand trial pursuant to 18 U.S.C. § 4241. Dr. Taylor examined the Defendant yesterday and reported his findings at today's competency hearing. *See* 18 U.S.C. §§ 4241(c) and 4247(d). Accordingly, after considering Dr. Taylor's testimony, I find by a preponderance of the evidence the Defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. It is therefore

ORDERED:

1. The Defendant is hereby REMANDED to the custody of the Attorney General for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future the Defendant will attain the capacity to permit the trial to proceed.    *See* 18 U.S.C. § 4241(d)(1).

2. The director of the facility designated by the Attorney General shall report to the Court the Defendant's status within this period. If necessary, this Court will entertain

a request for an additional reasonable period of commitment as authorized under 18 U.S.C. § 4241(d)(2).

3. If the director of the facility in which the Defendant is hospitalized determines he has recovered to such an extent that he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense, the director shall promptly file a certificate to that effect with the Clerk of the Court.

4. The Clerk is directed to furnish copies of the superseding indictment (doc. 18), Dr. Taylor's report (when it is received), and the transcript of today's competency hearing with this order to the United States Marshal so that these items can be forwarded to the Bureau of Prisons.

5. The United States Marshal is advised that mental health experts deem the Defendant a potential suicide risk; consequently, precautions for the Defendant's safety should be taken. Additionally, the Defendant should continue any currently prescribed medical regimen unless otherwise directed by appropriate mental health personnel.

6. Per consultation with the district judge, the trial in this case is continued until further order of the Court.

DONE AND ORDERED at Tampa, Florida, on February 1, 2006.

_____
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Steven D. Merryday
    Counsel of Record
    United States Marshal